**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
        Plaintiff,

-VS-

JOE ROBERTSON COLLINS,
        Defendant

                                            /

Court Number: 92-10190
Honorable: Robert H. Cleland
Claim Number: 1998A14808

### ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

  S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 20, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 20, 2010, by electronic and/or ordinary mail.

  S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522